January 7, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

KENNETH RAMONE DEARBORN, II, Appellant

NO. 14-12-00735-CR                      V.

NO. 14-12-00736-CR

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**.

      We further order this decision certified below for observance.